UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:18-CR-54 |
| | ) | Chief Judge Reeves |
| KENNETH EDWARD CHAMBERS, | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b), the undersigned conducted a change of plea hearing in this case on October 23, 2019. Assistant United States Attorney Gretchen Mohr appeared on behalf of the Government. Attorney John M. King represented Defendant Chambers, who was also present. At the hearing, Defendant entered a plea of guilty to Count One of the Indictment,[1] in exchange for the commitments made by the Government in the written plea agreement [Docs. 304 & 305].[2] On the basis of the record made at the hearing, the undersigned finds the Defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; the Defendant understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

Therefore, the undersigned **RECOMMENDS** that Defendant's guilty plea to Count One

---

[1] The charging document as to Defendant is the Superseding Indictment [Doc. 18], referred to herein as well as in the Plea Agreement [Doc. 304] as "Indictment."

[2] The Plea Agreement reflects that in consideration of the Defendant's guilty plea, the Government will move the Court at the time of sentencing to dismiss the remaining count(s) against the Defendant in the Indictment. [Doc. 304 at 1].

of the Indictment be granted and accepted by the District Judge and that the District Judge adjudicate Defendant guilty of the charge set forth in the Indictment. The undersigned further **RECOMMENDS** that Defendant remain in custody until sentencing in this matter. Adjudication of guilt and imposition of sentence are specifically reserved for the District Judge.[3]

Respectfully submitted,

Debra C. Poplin
United States Magistrate Judge

---

[3] The Court notifies the parties of the following: You have the right to *de novo* review by the District Judge of the above findings. Any application for review must be in writing, must specify the portions of the findings or proceedings to which the party objects, and must be filed and served no later than **fourteen days** after the change of plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).

2

Case 2:18-cr-00054-PLR-CRW    Document 401    Filed 10/24/19    Page 2 of 2    PageID #: 1698