# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# GREENEVILLE

Case #: 2:18-cr-054-2                                        Date: March 16, 2020

United States of America     vs.     Kenneth Edward Chambers

**PROCEEDINGS: Sentencing.** Neither party had any objections to the Presentence Investigative Report.

---

HONORABLE PAMELA L. REEVES, CHIEF UNITED STATES DISTRICT JUDGE PRESIDING

---

| Jason Huffaker | Terri Grandchamp | Scott Queener |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| J. Gregory Bowman | | R. Spivey/J. King |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorneys for Defendant** |

- ■ Allocution given by defendant
- ■ Government's Motion for Acceptance of Responsibility [R.527]     ■ granted   ☐ denied
- ■ Government's Motion [R.566]                                        ■ granted   ☐ denied
- ☐ Defendant's Motion for Variance                                    ☐ granted   ☐ denied
- ■ **JUDGMENT OF THE COURT:**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 51 months as to Count 1 of the Superseding Indictment. Upon release from imprisonment, the defendant shall be on supervised release for the term of 3 years. The defendant shall not commit another federal, state, or local crime; shall comply with standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, any ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. No fine imposed. The defendant shall comply with the special conditions (3) set forth in the J&C. All remaining counts as to this defendant are dismissed upon motion of the United States.

- ■ **COURT RECOMMENDATIONS:**

The court recommends that the defendant receive 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program. The court will further recommend the defendant undergo a complete physical and mental health evaluation and receive appropriate treatment while serving his term of imprisonment. It is further recommended the defendant participate in educational classes and vocational training to learn a trade or marketable skills while incarcerated. Lastly, the court recommends the defendant be designated to FCI Morgantown, West Virginia or FPC Montgomery, Alabama.

- ■ Special assessment: $100.00
- ☐ Defendant remains released pending designation
- ■ Defendant remanded to custody

10:05 – 10:36